```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES ROBERT RANES        CASE NO. 3:06-cr-00041-10-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         ROBIN M. CARTER

UNITED STATES' ATTORNEY:       MIKE BURKE

DEFENDANT'S ATTORNEY:          MIKE DIENI - FRIEND OF THE COURT

U.S.P.O.:                      PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
             HELD 6/29/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:31 p.m. court convened.

X Copy of Superseding Indictment given to defendant; read.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Detention detained/Detention Hearing **set  7/3/06 at 2:00 p.m.**

X OTHER: Continued arraignment/status of counsel hearing set for **7/3/06 at 2:00 p.m.**  New attorney may appear telephonically.

At 3:41 p.m. court adjourned.

DATE: June 29, 2006              DEPUTY CLERK'S INITIALS:   rc