UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES ROBERT RANES, et al, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) **ENTRY OF APPEARANCE** |

No excludable delay is expected to occur as a result of the present filing.

Scott A. Sterling enters his appearance as counsel for defendant James Robert Ranes (D-10) in the above-captioned action and requests service of all filings at Sterling & Dearmond, 851 Westpoint Drive, Suite 201, Wasilla, Alaska 99654.  Counsel consents to service by means of fax.

DATED this 3rd day of July, 2006 at Anchorage, Alaska.

                                    Sterling & Dearmond
                                    Counsel for Defendant
                                    James Robert Ranes (D-10)

                                    By: /s/ Scott A. Sterling
                                           Scott A. Sterling
                                           Bar No. 8706053
                                           Sterling & Dearmond
                                           851 Westpoint Drive, Suite 201
                                           Wasilla, Alaska 99654
                                           Telephone: (907) 376-8076
                                           Fax: (907) 376-8078
                                     Email:scottsterling@alaskalawyers.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Entry Of Appearance was served by fax on the 3rd day of July, 2006 upon:

AUSA Frank Russo
Counsel for Plaintiff
Fax: (907) 271-1500
Email: Frank.Russo@usdoj.gov

Allan D. Beiswenger
Counsel for Justin Killian
Fax: (907) 258-6419
Email: beiswenger@ak.net

Rex Lamont Butler
Counsel for Kevin Browning
Fax: (907) 276-3306
Email: rexattys@alaska.net

Michael D. Dieni
Counsel for Nopenone Dennis Shine
Fax: (907) 646-3480
Email: Mike_Dieni@fd.org

William D. English
Counsel for Curtis H. McDonald
Fax: (907) 277-0712
Email: wdenglish7001@hotmail.com

Robert M. Herz
Counsel for Joshua Murphy
Fax: (907) 277-0281
Email: rmherz@gci.net

Joseph P. Josephson
Counsel for Robert H. McDonald
Fax: (907) 276-0155
Email: jjosephson@aol.com

John M. Murtagh
Former counsel for Thomas Ranes
Fax: (907) 258-6419
Email: jmmalaska@hotmail.com

**United States v. Ranes, et al**
**Case No. 3:06-cr-00041-10 RRB**
**Entry Of Appearance**
**Page 2 of 3**

Phillip Paul Weidner
Counsel for Dylan N. Bales
Fax: (907) 278-6571
Email: jgreene@weidner-justice.com

By: /s/ Scott A. Sterling