```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs JAMES ROBERT RANES      CASE NO. 3:06-cr-00041-10-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:                JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:               APRIL KARPER

UNITED STATES ATTORNEY:              MIKE BURKE

DEFENDANT'S ATTORNEY:                SCOTT STERLING - TELEPHONIC

U.S.P.O.:                            BARBARA BURTON

PROCEEDINGS: CONTINUED ARRAIGNMENT ON SUPERSEDING INDICTMENT,
             DETENTION HEARING, STATUS OF COUNSEL HEARING
             HELD JULY 3, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:03 p.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights, charges, and penalties.
   X Waived full advisement.

 X Defendant states true name: Same as above.

 X Financial Affidavit **FILED**.
   X Federal Public Defender to appoint CJA counsel; FPD notified.

 X Defendant's detention continued. Order of Detention Pending
    Trial **FILED.**

 X Pretrial motions due **July 31, 2006**.

 X Counsel advised of trial date: **February 12, 2007 at 8:30 a.m.**
    before U.S. District Judge Ralph R. Beistline.

 X OTHER: Parties to meet and confer by **July 16, 2006.** Court and counsel heard re defendant's oral motion for a bail hearing; **GRANTED.** Bail Hearing set for **July 7, 2006 at 11:00 a.m.**

At 2:19 p.m. court adjourned.

OFF RECORD NOTE: Final Pretrial Conference set for **February 2, 2007 at 9:00 a.m.** Continued Arraignment on Superseding Indictment set for **July 7, 2006 at 11:00 a.m.**

DATE:      July 3, 2006        DEPUTY CLERK'S INITIALS:    amk