UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 3:06-cr-0041-10 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| JAMES ROBERT RANES, et al,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

No excludable delay is expected to occur as a result of the instant filing.

## DEFENDANT JAMES RANES'S BAIL PROPOSAL

Defendant James Ranes proposes to be released on conditions which would include the posting of a secured bond in the amount of $20,000.00 to secure both performance of all conditions of release and appearance at all court proceedings. Mr. Ranes will stipulate to imposition of any other reasonably necessary condition of release including regular reporting to the pretrial services office of the district court nearest to his residence. Under the present proposal Mr. Ranes would be released on bond and permitted to return to his home in Bay Minnette, Alabama to resume work. Mr. Ranes resides in Bay Minnette with his wife. Three of his adult children also reside in the greater Mobile, Alabama area within driving distance of Mr. Ranes's home.

Mr. Ranes does not have a valid passport. His invalid passport is being mailed to counsel so that it can be used as an evidentiary exhibit, if necessary, to prove the proposition that Mr. Ranes cannot legally leave the United States.

**United States v. Ranes, et al**
**Case No. 3:06-cr-00041-10 RRB**
**Defendant James Ranes's**
**Bail Proposal**
**Page 1 of 4**

As noted in the pretrial services report on Mr. Ranes he is 60 years of age and has no criminal history.  He is also a resident of long-standing of his community with deep ties to the community.  His wife is disabled and needs his assistance and provender in order to survive.

Mr. Ranes will do nothing more while on release then work, take care of his spouse and confer with counsel in the preparation of his defense.  He is not a threat to the community nor does he pose a risk of non-appearance.

The court has scheduled a bail hearing for 11:00 a.m. on Friday, July 7. The present filing is intended to assist the court in considering whether to release Mr. Ranes.  A proposed Order is not being filed because the court uses its own forms and orders for pretrial release matters.

DATED this 6th day of July, 2006 at Anchorage, Alaska.

           Sterling & Dearmond
           Counsel for Defendant
           James Robert Ranes (D-10)

By:/s/ Scott A. Sterling
    Scott A. Sterling
    Bar No. 8706053
    Sterling & Dearmond
    851 Westpoint Drive, Suite 201
    Wasilla, Alaska 99654
    Telephone: (907) 376-8076
    Fax: (907) 376-8078
    Email:scottsterling@alaskalawyers.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant's Bail Applicationwas served by United States mail, first-class, postage-prepaid/fax/delivery on the 6th day of July, 2006 upon:

AUSA Frank Russo
Counsel for Plaintiff
Fax: (907) 271-1500
Email: Frank.Russo@usdoj.gov

USPO Paula McCormick
U.S. District Court Pretrial/Probation
Fax: (907) 271-3060

By:/s/ Scott A. Sterling

Allan D. Beiswenger
Counsel for Justin Killian
Fax: (907) 258-6419
Email: beiswenger@ak.net

Rex Lamont Butler
Counsel for Kevin Browning
Fax: (907) 276-3306
Email: rexattys@alaska.net

Michael D. Dieni
Counsel for Nopenone Dennis Shine
Fax: (907) 646-3480
Email: Mike_Dieni@fd.org

William D. English
Counsel for Curtis H. McDonald
Fax: (907) 277-0712
Email: wdenglish7001@hotmail.com

Robert M. Herz
Counsel for Joshua Murphy
Fax: (907) 277-0281
Email: rmherz@gci.net

Joseph P. Josephson
Counsel for Robert H. McDonald
Fax: (907) 276-0155
Email: jjosephson@aol.com

John M. Murtagh
Former counsel for Thomas Ranes
Fax: (907) 258-6419
Email: jmmalaska@hotmail.com


Phillip Paul Weidner
Counsel for Dylan N. Bales
Fax: (907) 278-6571
Email: jgreene@weidner-justice.com

By: /s/ Scott A. Sterling