MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES ROBERT RANES     CASE NO. 3:06-cr-00041-10-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES ATTORNEY:            FRANK RUSSO

DEFENDANT'S ATTORNEY:              SCOTT STERLING

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT ON SUPERSEDING INDICTMENT AND
             BAIL HEARING HELD JULY 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:58 a.m. court convened.

 X Defendant waived advisement of rights and reading of
   Superseding Indictment.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Same as above.        Age:  60

 X PLEAS: Not Guilty to counts 1, 2, 141, 142, 143, 144, and 145
   of the Superseding Indictment.

 X Order for the Progression of a Criminal Case with Trial by
   Jury and Final Pretrial Conference **FILED.**

 X Defendant's detention continued.

 X OTHER: Court and counsel heard re defendant's Motion for
Release From Custody (docket #184); **DENIED.**

At 11:14 a.m. court adjourned.

OFF RECORD NOTE: Trial by Jury was previously set for February
12, 2007 at 8:30 a.m. Final Pretrial Conference was previously
set for February 2, 2007 at 9:00 a.m.


DATE:      July 7, 2006         DEPUTY CLERK'S INITIALS:    amk