AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

JAMES ROBERT RANES

***~~SEALED~~*****

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00041-10-RRB

*RECEIVED JUL 10 2006 CLERK U.S. [DISTRICT COURT] ANCHORAGE, ALASKA*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES ROBERT RANES and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Superseding Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952 & 960(a) & (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Count 1
21:846, 841(a)(1) & (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Count 2
18:1956(a)(2)(B)(i) and 2 - INTERNATIONAL MONEY LAUNDERING - Counts 141, 142, 143
21:853(a)(1) & (a)(2) - DRUG FORFEITURE - Count 144
18:982(a)(1) - MONEY LAUNDERING FORFEITURE - Count 145

in violation of Title  United States Code, Section(s)

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by  Deputy Clerk | June 21, 2006, at Anchorage, Alaska |
| Signature   redacted signature | Date and Location |
| Bail Fixed at $ to be determined | by  Magistrate Judge John D. Roberts |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK

| DATE RECEIVED 6/22/2006 | NAME AND TITLE OF ARRESTING OFFICER MARC SCHMIDT DEA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/29/2006 | | |