UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   JAMES ROBERT RANES  

DATE:   November 9, 2006    CASE NO.   3:06-CR-0041-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                  **RESCHEDULING SENTENCING**

---

      Pursuant to a request from Probation, the sentencing in the above matter is **RESCHEDULED** and will be held on **Thursday, February 22, 2007, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING SENTENCING