NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: Frank.Russo@usdoj.gov
         Thomas.Bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:07-cr-00041-010-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | UNITED STATES' SENTENCING |
| ) | MEMORANDUM |
| JAMES R. RANES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

    **TERM OF IMPRISONMENT**. . . . . . . . . . . . . . . . . . . . . . . **57 MONTHS**

    **SUPERVISED RELEASE**. . . . . . . . . . . . . . . . . . . . . . . . . . **4 YEARS**

    **SPECIAL ASSESSMENT**. . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

## I. BACKGROUND

### A. Investigation and Arrest

The defendant was involved with his son, Thomas P. Ranes, and other individuals in a large-scale marijuana smuggling operation which transported over a ton of marijuana from Canada to the United States between 2000 and 2006.

A grand jury returned a superseding indictment against the defendant on June 20, 2006, charging the defendant with conspiracy to import marijuana, conspiracy to distribute marijuana, and three counts of international money laundering, along with forfeiture allegations. The defendant traveled to Alaska from Alabama and surrendered June 29, 2006.

### B. The Plea Agreement and Plea

On September 26, 2006, the defendant executed a plea agreement, and pled guilty on September 28 to Count 1, conspiracy to import marijuana, and Count 141, international money laundering.

## II. GUIDELINE APPLICATIONS

### A. Offense Level

The guideline range is 46-57 months.

**B.** **Acceptance of Responsibility**

In line with the plea agreement, the government recommends a three level decrease in the defendant's base offense level.

**III. APPLICATION OF 18 U.S.C. § 3553(a)**

In fashioning a sentence, the court is to consider the nature and circumstances of the offense, deterrence of the defendant, deterrence of others, reaffirmation of societal norms, protection of the public, rehabilitation of the defendant and provide just punishment for the offense. The United States submits that those goals best can be met by imposing a sentence within the guideline range.

The nature of the offense in this case is extremely serious given the fact that the defendant was personally involved in smuggling over 1000 kilograms of marijuana into the United States. However, his offense conduct reflects a lower amount as relevant conduct due to the shielding effects of U.S.S.G. § 1B1.8.

The defendant has lived a life free from trouble with the law, and has no criminal history. A sentence at the high end of the guideline range is appropriate, given the defendant's extensive involvement in this smuggling, and the extensive nature of the operation itself.

// //

// //

Respectfully submitted this 26th day of November, 2007 in Anchorage, Alaska.

                        NELSON P. COHEN
                        United States Attorney

                        s/Thomas C. Bradley
                        THOMAS C. BRADLEY
                        Assistant U.S. Attorneys
                        Federal Building & U.S. Courthouse
                        222 West Seventh Avenue, #9, Rm 253
                        Anchorage, Alaska 99513-7567
                        Phone:(907) 271-5071
                        Fax: (907) 271-1500
                        Email: Thomas.Bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007
a copy of the foregoing Sentencing
Memo was served electronically via ECF on:

Allan D. Beiswenger beiswenger@ak.net
Allen R. Bentley abentley@concentric.net
Rex Lamont Butler lawoffices@gci.net, raveninvestigations@gmail.com, rexattys@alaska.net
Allen N. Dayan dayanlaw1@gci.net
Michael D. Dieni Mike_Dieni@fd.org, akx_ecf@fd.org, Lynne_Roehling@fd.org
Robert M. Herz rmherz@gci.net, llvaile@gci.net
Joseph P. Josephson jjosephson@aol.com, mail4barb@gci.net
Kevin F. McCoy Kevin_Mccoy@fd.org, akx_ecf@fd.org, karolyn_miller@fd.org
Darryl L. Thompson darrylthompson@akdltlaw.com, michelle@akdltlaw.com
Herman G. Walker , Jr hermanjr@ak.net, janes@ak.net
Phillip Paul Weidner lrosano@weidnerjustice.com, actafs@weidnerjustice.com, nbackes@weidnerjustice.com
Steven M Wells smwells@gci.net, hopper.deborah@gmail.com
Thomas Burke Wonnell tburkewonnell@alaska.net, patty.dattanlaw@alaska.net, trenae.dattanlaw@alaska.net

  s/Thomas C. Bradley
Assistant U.S. Attorney

USA v. James R. Ranes
3:06-cr-00041-10-RRB                      4