Herman G. Walker, Jr.
Limón & Walker
606 E Street, Suite 203
Anchorage, Alaska 99501
P: (907) 279-2889
F: (907) 258-4428
E: hermanjr@ak.net

Attorney for Defendant James R. Ranes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>JAMES R. RANES, )<br> )<br> Defendant. ) | MOTION TO FILE SENTENCING<br>MEMORANDUM UNDER SEAL<br>Case No. 3:06-cr-0041-010-RRB |

COMES NOW THE Defendant, James R. Ranes, by and through his appointed counsel of record and hereby moves this court to file his Sentencing Memorandum under seal.

                              Limón & Walker
                              Attorneys for Defendant James R. Ranes

           By:   /s/ Herman G. Walker, Jr.
                   Herman G. Walker, Jr., ABA #9311094
                   Limón & Walker
                   606 E Street, Suite 203
                   Anchorage, Alaska 99501
                   P: (907) 279-2889
                   F: (907) 258-4428
                   E: hermanjr@ak.net

Certificate of Service

I hereby certify that on this ___ day of July, 2007, a true and correct copy of the foregoing was served via electronic mail on the following:

Allan D. Beiswenger beiswenger@ak.net

Thomas C. Bradley thomas.bradley@usdoj.gov, danielle.newberry@usdoj.gov, usaak.ecf@usdoj.gov

Rex Lamont Butler lawoffices@gci.net, raveninvestigations@gmail.com, rexattys@alaska.net

Charles W. Coe charlielaw@gci.net, nanbo@gci.net

Allen N. Dayan dayanlaw1@gci.net

Michael D. Dieni Mike_Dieni@fd.org, akx_ecf@fd.org, Lynne_Roehling@fd.org

Michael Filipovic michael_filipovic@fd.org, corey_endo@fd.org, debra_malcolm@fd.org, mary_pekich@fd.org

Robert M. Herz rmherz@gci.net, llvaile@gci.net

Joseph P. Josephson jjosephson@aol.com, mail4barb@gci.net

Kevin F. McCoy Kevin_Mccoy@fd.org, akx_ecf@fd.org, Lynne_Roehling@fd.org

Frank V. Russo Frank.Russo@usdoj.gov, danielle.newberry@usdoj.gov, usaak.ecf@usdoj.gov

Darryl L. Thompson darrylthompson@akdltlaw.com, michelle@akdltlaw.com

Phillip Paul Weidner lrosano@weidnerjustice.com, nbackes@weidnerjustice.com

Steven M Wells smwells@gci.net, hopper.deborah@gmail.com

Thomas Burke Wonnell tburkewonnell@alaska.net, patty.dattanlaw@alaska.net, trenae.dattanlaw@alaska.net

By: /s/ Herman G. Walker, Jr.