NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone (907) 271-5071
Fax (907) 271-1500
Email frank.russo@usdoj.gov
      thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00041-10-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO AMEND |
| vs. | ) | JUDGMENT |
| | ) | |
| JAMES R. RANES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby moves, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, to amend the Judgment in this case.

The government has noticed upon review of the judgment from the sentencing held on November 30, 2007, that criminal forfeiture was not included. See, Judgment, Clerk's Docket No. 661. The government respectfully requests that the Judgment be corrected to reflect that the defendant shall forfeit his interest in the 2003 FORD MUSTANG COBRA, STREET LEGAL DRAGSTER, manufactured by SKINNY KID RACING, Color: Yellow with Red Flames, and the 2001 MALIBU WAKESETTER BOAT, Model 21VL, Hull Number US-MB2K6978F303, including accessories described in Paragraph 14(d)(12) & (17) of Count 144 of the Superseding Indictment and referenced in the Preliminary Order of Forfeiture, Clerk's Docket No.426, dated April 17, 2007, and shall forfeit his interest in the property described in Count 141 and the Bill of Particulars at docket 491. The government apologizes for this error.

// //

// //

// //

// //

// //

// //

// //

RESPECTFULLY SUBMITTED this 5th day of December, 2007, in

Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Thomas C. Bradley
>THOMAS C. BRADLEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska 99513-7567
>Phone (907) 271-5071
>Fax (907) 271-1500
>Email thomas.bradley@usdoj.gov

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to
the following counsel of record on December 5, 2007, via:

    (X )ECF

Allan D. Beiswenger beiswenger@ak.net
Allen R. Bentley abentley@concentric.net
Rex Lamont Butler lawoffices@gci.net
Charles W. Coe charlielaw@gci.net
Allen N. Dayan dayanlaw1@gci.net
Michael D. Dieni Mike_Dieni@fd.org
Robert M. Herz rmherz@gci.net
Joseph P. Josephson jjosephson@aol.com
Darryl L. Thompson darrylthompson@akdltlaw.com
Herman G. Walker, Jr hermanjr@ak.net
Phillip Paul Weidner lrosano@weidnerjustice.com
Steven M Wells smwells@gci.net
Thomas Burke Wonnell tburkewonnell@alaska.net
Kevin F. McCoy Kevin_Mccoy@fd.org

Executed at Anchorage, Alaska, on December 5, 2007

s/ Thomas C. Bradley
Office of the U.S. Attorney